[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14390

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 18, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-02174 CV-TCB-1

ANNE WHEATLEY,

Plaintiff-Counter-
Defendant-Appellant
Cross-Appellee,

versus

MOES SOUTHWEST GRILL, LLC,
MAMA FUS NOODLE HOUSE, INC.,
RAVING BRANDS HOLDINGS, INC.,
H. MARTIN SPROCK, III,

Defendants-Counter-
Claimants-Appellees
Cross-Appellants,

JOHN DOE, JANE DOE,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(July 18, 2008)**

Before EDMONDSON, Chief Judge, PRYOR, Circuit Judge, and JOHNSON,[*] District Judge.

PER CURIAM:

This diversity case centers on a controversy on whether Plaintiff was entitled to restricted or unrestricted shares of stock. Plaintiff says unrestricted. The District Court granted summary judgment to Defendants on the ground that no enforceable contract existed between the parties for unrestricted shares of stock. We affirm the judgment: as a matter of law, insufficient evidence supports the contention that unrestricted shares were contemplated by the parties.

On the issues dealing with sanctions, we conclude that the district court did not abuse its discretion.

AFFIRMED.

---

[*]Honorable Inge P. Johnson, United States District Judge for the Northern District of Alabama, sitting by designation.